COMMONWEALTH of Pennsylvania, Respondent

v.

Anthony Michael CROZIER, Petitioner

No. 843 MAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Patrick Scott MONGEAU, Petitioner

No. 815 MAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

Wendy SIMPKINS, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (HUMAN ACHIEVEMENT PROJECT, INC.), Respondent

No. 828 MAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.